UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 13-252 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ROBERT B. HIPPLE III, | ) |
| | ) |
| Defendant. | ) |

Offense charged:       Conspiracy to Possess with Intent to Distribute Oxycodone

Date of Detention Hearing:     May 20, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

  2. Defendant's criminal record includes previous drug offenses and assaults, as well as a number of failure to appear and resultant bench warrant activity. He has a lack of stable residency, and no consistent or gainful employment. He has a significant substance abuse history and his amenability to treatment is questionable.

  3. Defendant poses a risk of danger due to the nature of the charges and a criminal history that includes similar charges, as well as current substance abuse. He poses a risk of nonappearance due to lack of stable residence or employment history, failures to appear, bench warrant activity, and substance abuse.

  4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

01      with a court proceeding; and

02  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03      for the defendant, to the United States Marshal, and to the United State Pretrial Services

04      Officer.

05      DATED this 20th day of May, 2013.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3